AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DeGiusti, Timothy D | U.S. District Court, Okla.(W) | 04/17/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

**7. Chambers or Office Address**

U. S. Courthouse
200 N. W. 4th Street
Oklahoma City, OK 73102

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Holladay, Chilton & DeGiusti, PLLC (Terminated August 8, 2007) |
| 2. Officer | Luther Bohanon American Inn of Court |
| 3. Co-trustee | Trust #1A and Trust #1B (#1A and #B refer to separate accounts within the same Trust) |
| 4. Co-trustee | Trust #2 |
| 5. Member | Board of Directors, Oklahoma County Bar Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007 | Holladay Chilton & DeGiusti PLLC termination agreement |
| 2. 2000 | Andrews Davis Legg Bixler Milsten & Price termination agreement |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D | 04/17/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Holladay, Chilton & DeGiusti PLLC partner compensation | $ 155,139 |
| 2. 2007 | Andrews Davis Legg Bixler Milsten & Price termination payments | $ 786.36 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | ████████ | Credit card | J |
| 2. | ████████ | Credit card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D | 04/17/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, ▮▮▮ | D | Rent | M | W | | | | | |
| 2. ▮▮▮ accounts | A | Interest | J | T | | | | | |
| 3. ▮▮▮ | A | Interest | J | T | | | | | |
| 4. U.S.-Employees ▮▮▮ | A | Interest | J | T | | | | | |
| 5. Oklahoma College Savings Plan | | None | J | T | | | | | |
| 6. Oklahoma College Savings Plan | | None | J | T | | | | | |
| 7. ▮▮▮ - IRA #1 | | | | | | | | | |
| 8. - Capital World Growth & Income Fund A | A | Dividend | J | T | | | | | |
| 9. - Lord Abbett Affiliated Fund Cl B | A | Dividend | J | T | | | | | |
| 10. - APA Common Stock | A | Dividend | K | T | | | | | |
| 11. - EuroPacific Growth Fund Cl C | A | Dividend | K | T | | | | | |
| 12. ▮▮▮ - IRA #2 | | | | | | | | | |
| 13. - Capital World Growth & Income Fund A | A | Dividend | L | T | | | | | |
| 14. - Lord Abbett Affiliated Fund B | A | Dividend | K | T | | | | | |
| 15. - EuroPacific Growth Fund A | A | Dividend | K | T | | | | | |
| 16. - New Perspective Fund A | A | Dividend | J | T | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trust #1A | | | | | | | | | |
| 19. ▓▓▓▓ Money Market Investment Shares | A | Dividend | J | T | | | | | |
| 20. Trust #1B | | | | | | | | | |
| 21. ▓▓▓▓ Money Market Investment Shares | A | Dividend | K | T | | | | | |
| 22. Trust #2 | | | | | | | | | |
| 23. ▓▓▓▓ Money Market Investment Shares | A | Dividend | J | T | | | | | |
| 24. - JP Morgan Chase & Co Global Bond | B | Interest | K | T | | | | | |
| 25. - Grand River Dam Authority Rev Bond | A | Interest | J | T | | | | | |
| 26. - BAC Common Stock | A | Dividend | J | T | | | | | |
| 27. - CVX Common Stock | A | Dividend | J | T | | | | | |
| 28. - KO Common Stock | A | Dividend | J | T | | | | | |
| 29. - COP Common Stock | A | Dividend | J | T | | | | | |
| 30. - DD Common Stock | A | Dividend | J | T | | | | | |
| 31. - XOM Common Stock | A | Dividend | K | T | | | | | |
| 32. - GE Common Stock | A | Dividend | J | T | | | | | |
| 33. - PFE Common Stock | A | Dividend | J | T | | | | | |
| 34. - PG Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D | 04/17/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - American Balanced Fund A | C | Dividend | M | T | | | | | |
| 36.  - Capital World Growth & Income Fund A | B | Dividend | M | T | | | | | |
| 37.  - Investment Company of America Fund A | C | Dividend | M | T | | | | | |
| 38.  - Washington Mutual Fund A | C | Dividend | M | T | | | | | |
| 39.  - ADP Common Stock A | A | Dividend | | | Sell | 09/10 | J | A | |
| 40.  - Broadridge Financial Solutions, Inc. Spinoff of ADP | | None | | | Sell | 09/10 | J | | |
| 41.  - IBM Common Stock | A | Dividend | K | T | | | | | |
| 42.  - PEP Common Stock | A | Dividend | J | T | | | | | |
| 43.  - UNH Common Stock | A | Dividend | K | T | | | | | |
| 44.  - WMT Common Stock | A | Dividend | J | T | | | | | |
| 45.  - EuroPacific Growth Fund A | B | Dividend | L | T | | | | | |
| 46.  - Growth Fund of America Fund A | A | Dividend | L | T | | | | | |
| 47.  - New Perspective Fund A | B | Dividend | L | T | | | | | |
| 48.  - CMCSA Common Stock | | None | J | T | | | | | |
| 49.  - UPL Common Stock | | None | | | Sell | 9/10 | J | A | |
| 50. Holladay, Chilton & DeGiusti, PLLC 401(k) | D | Dividend | | | Redeemed | 12/31 | L | | |
| 51.  - DWS Dreman High Return Equity - A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeGiusti, Timothy D | 04/17/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - DWS Dreman High Return Equity - B | | | | | | | | | |
| 53.  - DWS Short Term Bond Fund - A | | | | | | | | | |
| 54.  - DWS International Fund - A | | | | | | | | | |
| 55.  - DWS Cash Investment Trust - A | | | | | | | | | |
| 56.  - DWS Short Term Bond Fund - B | | | | | | | | | |
| 57.  - DWS International Fund - B | | | | | | | | | |
| 58.  - DWS Cash Investment Trust - B | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544